UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ROBERTO LOPEZ-ZAVALETA,<br><br>              Petitioner,<br><br>    v.<br><br>ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.,<br><br>          Respondents. | Case No. 5:26-cv-02368-WLH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Respondents conceded to the relief sought by Petitioner by filing an Answer stating that "Respondents are not presenting an opposition argument at this time." (Dkt. 10 at 2.) Therefore, the Magistrate Judge concluded that Respondents had waived the objections period. (Dkt. 11 at 9.) As of signing this Order, the Court has not received any objection from Respondents. Regardless, the Court has conducted a *de novo* review of the Report and Recommendation. Based on that review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that the Petition is **GRANTED**. Respondents shall immediately release Petitioner from custody on his prior conditions of release and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring,[1] without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Before Respondents attempt to remove Petitioner to any country other than El Salvador, Respondents must first provide written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3). Respondents shall file a notice of compliance within twenty-four hours of the entry of Judgment.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 15, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

---

[1] The Court finds it appropriate to amend the Report and Recommendation's recommended relief and place this additional safeguard regarding electronic monitoring to further protect Petitioner's liberty interest.

2