JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ROBERTO LOPEZ-ZAVALETA, | Case No. 5:26-cv-02368-WLH-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **GRANTED**. Respondents shall immediately release Petitioner from custody on his prior conditions of release and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring, without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Before Respondents attempt to remove Petitioner to any country other than El Salvador, Respondents must first provide written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings

under 8 U.S.C. § 1231(b)(3).  Respondents shall file a notice of compliance within twenty-four hours.

DATED: May 15, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2